**FILED**

**MAY - 2 2006**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. VINCENT'S MEDICAL CENTER<br>2800 Main Street<br>Bridgeport, CT 06606<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>Defendant | CASE NUMBER 1:06CV00807<br><br>JUDGE: Paul L. Friedman<br><br>DECK TYPE: Administrative Agency Rev:<br><br>DATE STAMP: 05/02/2006 |

**CERTIFICATE UNDER LCvR 26.1**

I, the undersigned counsel of record for St. Vincent's Medical Center, certify to the best of my knowledge and belief, that there are no parent companies, subsidiaries or affiliates of St. Vincent's Medical Center which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Erling Hansen (D.C. Bar No. 192708)
Of Counsel
Alderman & Devorsetz, PLLC
1025 Connecticut Avenue, NW

Suite 1000
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)
ehansen@a-dlaw.com