UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. VINCENT'S MEDICAL CENTER,  )<br>        Plaintiff,                                      )<br>                                                           )<br>        v.                                                 )<br>                                                           )<br>MICHAEL O. LEAVITT,                      )<br>Secretary, United States Department of  )<br>Health and Human Services,              )<br>                                                           )<br>        Defendant.                             ) | Civ. Action No. 06-0807 (PLF)<br> ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372