From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: **U.S. Postal Service Track & Confirm email Restoration - 7005**
Date: August 21, 2006 3:59:45 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les Alderman has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Ser[vice]

Label Number: 7005 1820 0004 0055 9976

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:51pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $1.35
Certified Fee: $2.40
Return Receipt Fee (Endorsement Required): $1.85
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $5.60

Sent To: Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No.: 555 4th St. NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   US Attorney General
   950 Pennsylvania Ave NW
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0055 9983

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
1. Article Addressed to:
   Michael O. Leavitt
   Secretary DHHS
   200 Independence Ave SW
   Washington, DC 20301

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Lawerence
B. Received by (Printed Name) LAWREM / C. Date of Delivery 6-19-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0055 9960

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540